LAW OFFICES OF BILL LATOUR
BILL LATOUR [CSBN: 169758]
   1420 E. Cooley Dr., Suite 100
   Colton, California 92324
   Telephone: (909) 796-4560
   Facsimile:  (909) 796-3402
   E-Mail: fed.latour@yahoo.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | | |
|---|---|---|
| ARTHUR HENRY SCHROCK, | ) | No.  EDCV 13 - 02312 PLA |
| | ) | |
|    Plaintiff, | ) | <u>ORDER AWARDING EAJA FEES</u> |
| | ) | |
|    v. | ) | |
| | ) | |
| CAROLYN W. COLVIN | ) | |
| Commissioner Of Social Security, | ) | |
| | ) | |
|    Defendant. | ) | |

   Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

   IT IS ORDERED that EAJA fees are awarded in the amount of ONE THOUSAND EIGHT HUNDRED DOLLARS AND 00/100 ($1,800.00) subject to the terms of the stipulation.

   DATE:  10/21/14   _____

                                HON. PAUL L. ABRAMS
                                UNITED STATES MAGISTRATE JUDGE